UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MUJAHEED ABDUL QADIR and ANISA BARADIA, | ) ) ) |
| Petitioners, | ) ) |
| v. | ) ) Case No.: 1:20-cv-00391-CMH-MSN |
| KIMBERLY ZANOTTI, SARAH TAYLOR, KEN CUCCINELLI, CHAD WOLF, WILLIAM BARR, in their official capacities, | ) ) ) ) ) ) |
| Respondents. | ) |

## **ORDER**

Before the Court is a Motion for Leave to File Under Seal ("Motion") filed by counsel for Petitioners.

It appearing to the court that the Petition for Review (Dkt. 1) and its Exhibits G (Dkt. 1-9) and H (Dkt. 1-10) were inadvertently filed without the redaction of Petitioner Mujaheed Abdul Qadir's full date of birth as required by Federal Rule of Civil Procedure 5.2(a); and

It further appearing to the Court that sealing is necessary to comply with Federal Rule of Civil Procedure 5.2(a).

Upon consideration whereof, the Motion is GRANTED; and it is hereby ORDERED, pursuant to Federal Rule of Civil Procedure 5.2(a) and Local Rule 5, that page five of the Petition for Review (Dkt. 1), page one of Exhibit G (Dkt. 1-9), and page one of Exhibit H (Dkt. 1-10) to the Petition for Review be sealed.

The Clerk is directed to file the redacted copies of the Petition for Review (Dkt. 1), Exhibit G (Dkt. 1-9), and Exhibit H (Dkt. 1-10) in the public record.

Entered this 8th day of May, 2020.

                                                                             /s/
                                            Michael S. Nachmanoff
                                            United States Magistrate Judge